```
        UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 12595
   WILLIAM D HIZON
   CONCEPCION S HIZON                           CHAPTER 13

                                                JUDGE: JOHN H SQUIRES

             Debtor
      SSN XXX-XX-5466     SSN XXX-XX-0145

-------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------

      Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.   The case was filed on 07/15/07 .

   2.   The case was dismissed without confirmation, 12/07/2007.

   3.   The Debtor paid a total of $    3111.35 .

   4.   The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| US BANK | CURRENT MORTG | .00 | .00 | .00 |
| US BANK | MORTGAGE ARRE | NOT FILED | .00 | .00 |
| HARRIS BANK CONSUMER LOA | SECURED | .00 | .00 | .00 |
| HARRIS BANK CONSUMER LOA | MORTGAGE ARRE | NOT FILED | .00 | .00 |
| MC PROPERTY MANAGEMENT C | SECURED | NOT FILED | .00 | .00 |
| ILLINOIS DEPT REVENUE | SECURED | NOT FILED | .00 | .00 |
| CHASE AUTOMOTIVE FINANCE | SECURED VEHIC | .00 | .00 | .00 |
| WELLS FARGO FINANCIAL AC | SECURED VEHIC | .00 | .00 | .00 |
| HINSDALE HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| CERTEGY CHECK SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| CHASE MANHATTAN BANK USA | UNSECURED | NOT FILED | .00 | .00 |
| CITIFINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| COMED | UNSECURED | NOT FILED | .00 | .00 |
| DISCOVER BANK | UNSECURED | NOT FILED | .00 | .00 |
| DUPAGE PATHOLOGY ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| FIA CARD SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| GE MONEY BANK | UNSECURED | NOT FILED | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| HINSDALE HOSPITAL CARDIO | UNSECURED | NOT FILED | .00 | .00 |
| NICOR CAS | UNSECURED | NOT FILED | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| SBC AMERITECH | UNSECURED | NOT FILED | .00 | .00 |
| SUBURBAN RADIOLIGISTS | UNSECURED | NOT FILED | .00 | .00 |
| WFFINACCPT | UNSECURED | NOT FILED | .00 | .00 |

```
        Summary of disbursements:
-------------------------------------------------------------------------
                 SECURED    PRIORITY    UNSECURED    OTHER       TOTAL
-------------------------------------------------------------------------
```

```
TOTAL CLMS ALLOWED            .00           .00           .00           .00           .00
PRINCIPAL PAID                .00           .00           .00           .00           .00
INTEREST PAID                 .00           .00           .00           .00           .00
TOTAL PAID                    .00           .00           .00           .00           .00
```

The Debtor's attorney, ROBERT V SCHALLER         , was allowed $   1403.00
and was paid $     962.00   direct and $     441.00   through the plan.

The Trustee received $      27.15 .

Refunds to the Debtor totaled $   2643.20 .

   Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 07/16/08                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE